State *vs.* Byrd.

*L. B. Watkins* for Plaintiff.  *T. D. Watkins* for Defendant Appellant.

EGAN, J., delivered the opinion reversing the judgment and dissolving the injunction with damages.

No. 840.

APPEAL from the District Court for East Baton Rouge.  M. McVEA, J.

No. 870.

### THE STATE VS. FRANK P. BYRD.

If the record fails to shew that the prisoner was present in court when the verdict of the jury was rendered, the omission vitiates the trial.

APPEAL from the District Court for Bossier.  TURNER, J.

*Potts*, District Attorney, for the State.  *Lowery* for Defendant.

EGAN, J.  The accused was indicted for murder and found guilty and sentenced for manslaughter.

The record fails to show that the accused was present in court when the verdict against them was rendered and returned.

This is fatal. Great negligence and looseness seems to prevail in either the minutes, or the conduct of trials in criminal, and especially capital, cases.

*Judgment reversed and new trial ordered.*